1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
michelle_betancourt@fd.org
5
6  Attorneys for Mr. Mendez-Sanchez

7
8                      UNITED STATES DISTRICT COURT
9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,    )   Case No. 08mj0790-01
                                 )
12            Plaintiff,         )
                                 )
13  v.                           )
                                 )   **NOTICE OF APPEARANCE**
14  **JUAN MENDEZ-SANCHEZ,**     )
                                 )
15            Defendant.         )
                                 )
16
17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record
18
in the above-captioned case.
19
                                        Respectfully submitted,
20
Dated: March 13, 2008                    s/ *Michelle Betancourt*
21                                       **MICHELLE BETANCOURT**
                                         Federal Defenders of San Diego, Inc.
22                                       Attorneys for Defendant
                                         michelle_betancourt@fd.org
23
24
25
26
27
28