

1
2
3
4
5               UNITED STATES DISTRICT COURT
6              SOUTHERN DISTRICT OF CALIFORNIA
7  UNITED STATES OF AMERICA,        )  Criminal Case No. 08CR 879-IEG
                                    )
8                 Plaintiff,        )  I N F O R M A T I O N
                                    )
9       v.                          )  Title 8, U.S.C.,
                                    )  Secs. 1324(a)(1)(A)(ii) and
10 JUAN MENDEZ-SANCHEZ (1),         )  (v)(II) - Transportation of
   DANIEL SOTO-PENALOZA (2),        )  Illegal Aliens and Aiding and
11                                  )  Abetting;
                  Defendants.       )  Title 18, U.S.C., Sec. 1001 -
12                                  )  False Statement to a Federal
                                    )  Officer
13 _____  )

14      The United States Attorney charges:

15                          Count 1

16      On or about March 10, 2008, within the Southern District of
17 California, defendant JUAN MENDEZ-SANCHEZ, in a matter within the
18 jurisdiction of the United States Department of Homeland Security, a
19 department and agency of the United States, did knowingly and
20 willfully make false, fictitious and fraudulent statements and
21 representations as to material facts in that he did represent and
22 state to a United States Border Patrol Agent that he resided on
23 G Street in San Bernardino, California, whereas in truth and fact, as
24 defendant then and there well knew that statement and
25 representation was false, fictitious and fraudulent when made; in
26 violation of Title 18, United States Code, Section 1001.
27 //
28 //

CPH:lg:San Diego
3/25/08

<u>Count 2</u>

On or about March 10, 2008, within the Southern District of California, defendant DANIEL SOTO-PENALOZA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Bernardino Graijalva-Mendoza, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: March 25, 2008

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

2