AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JUAN MENDEZ-SANCHEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 879-IEG

FILED
MAR 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, JUAN MENDEZ-SANCHEZ, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _3/25/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
JUAN MENDEZ-SANCHEZ
Defendant

_____
MICHELLE BETANCOURT
Counsel for Defendant

Before _____
JUDICIAL OFFICER